# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2984

_____

Tamiko Nelson

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: April 24, 2015
Filed: April 29, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Tamiko Nelson appeals the judgment of the district court[1] affirming the Commissioner's denial of disability insurance benefits and supplemental security income, after her hearing before an administrative law judge (ALJ). On appeal, Nelson argues that the ALJ did not properly assess the combination of her impairments, the ALJ's residual functional capacity determination was not supported by substantial evidence, and the ALJ's hypothetical to the vocational expert was improper. Following careful review, we conclude that the decision is supported by substantial evidence on the record as a whole, and that Nelson's arguments do not establish a basis for remand or warrant reversal. See Myers v. Colvin, 721 F.3d 521, 524 (8th Cir. 2013) (standard of review); Davidson v. Astrue, 501 F.3d 987, 989 (8th Cir. 2007) ("Substantial evidence is less than a preponderance, but enough evidence that a reasonable mind would find adequate to support the Commissioner's decision.").

Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).